**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00763-CV

**SPY, INC., DENO SPYROPOULOS, AND GINA SPYROPOULOS, Appellants**

**V.**

**SC LEGACY INDEPENDENCE, LTD. AND WEITZMAN MANAGEMENT CORP.,**
**Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05080-2013**

## ORDER

We **GRANT** appellees' November 6, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than December 11, 2015.

/s/ CRAIG STODDART
   JUSTICE